UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>(Rural Development)<br>　　Plaintiff,<br><br>　　　　v.<br><br>MIGUEL ANGEL BARREA-MOLINARY, et al.<br>　　Defendants | CIVIL NO. 97-1034(HL)<br><br>FORECLOSURE OF MORTGAGE |

### ORDER FOR CANCELLATION OF LIS PENDENS

Upon motion duly made by plaintiff, United States of America, it is hereby ORDERED that the Lis Pendens made on the real property described hereinbelow by virtue of the Lis Pendens issued in this case, be cancelled and that a Writ for Cancellation of Lis Pendens be issued by the Clerk of this Court whereby the Registrar of the Property of the Registry of Property of Ponce, Section II, Puerto Rico, shall be directed to cancel of record said Lis Pendens:

> URBANA: Solar radicado en la Urbanización Extensión Alturas de Yauco, localizado en el Barrio Barinas del término municipal de inscripción de la Extensión alturas de Yauco con una cabida superficial de 357.37 metros cuadrados. En lindes por el NORTE, con la Calle D; por el SUR, con el lote W-10; por el ESTE, con Calle D, y por el OESTE, con el lote W-2. Se halla afecto a servidumbre de paso telefónica de 5' 0" y además con una servidumbre de paso eléctrico. Enclava edificación.

Plaintiff's mortgage was recorded at folio 61, volume 352 of Yauco, property number 12770, 1st inscription, at the Registry of the Property of Ponce, Section II, Puerto Rico.





United States v. Miguel Angel Barrea-Molinary, et al.
Civil No. 97-1034(HL)
Page 2

> AVISO DE DEMANDA, en el Tribunal de Distrito de Los Estados Unidos, Distrito de Puerto Rico, en el Caso Civil 97-1034(HL), seguido por United States of America contract Miguel Angel Barea Molinary, demandado por $49,650.97, de principal más intereses $1,692.79 a la fecha del 8 de julio de 1996 más gastos, Anotado al sistema de folio movil de la Sección II de Ponce, Finca #1277, de Yauco. Anotación A con fecha 15 de abril de 1997.

In San Juan, Puerto Rico, this 3rd day of September, 2002.

_____
UNITED STATES DISTRICT JUDGE